

United States District Court   District of Montana Missoula DIV.

James Brown
      Plaintiff

V.

Mayor Paul Briney
Commissioner Gale Decker
Commissioner Willam Barron
Commissioner Steve Stanley
Sheriff Don bell
Undersheriff Ben Woods
Judge Deborah Kim Christopher
Judge James Manley
Benjamin R. Anciaux
James Lapotka
Steven Eschenbacker
Molley Owen
Robert J. long
Jail Staff
City of Polson   Defenders

Civil Action No:

Notice of Motion to Proceed Informal Pauperis

FEB 09 2022
Clerk, U.S. Courts
District of Montana
Missoula Division

Application to Proceed In district court without Prepaying fees or costs. I am the Plaintiff In this case and Declare that I'm unable to pay the cost of These Proceedings and that I am entitled to the relief requested in support of this Application I Answer the following questions Under Penalty of Perjury.

1.) If Incarcerated, I am being Held at the lake County Jail. I have attached to this Document a Statement certified by the Appropriate Institution officer showing all reciepts, Expenditures and balances During the last six Months.

2.) In the last 12 Months I haved recieved Incomes From the following sources.

(I.) business, proffession or form of self Employment
      Yes or (No)

(J.) rent Payments, Interest or dividends
      Yes or (No)

(K.) Pensions, Annuities or life Insurance payments.
      Yes or (No)



L.) Disability or Workers Compansation Payments
     Yes or No

M.) Gifts or Inheritances
     Yes or No

N.) Any other Sources
     Yes or No

3.) Amount of Money that I have in cash or in a checking or savings Account.
     $0

4.) Any automobile, real estate, stock, bond, security trust, Jewelery, artwork, or other finacial Instrument or things of value that I own Including any Items of value held In someonerelses Name.    None

5.) Any housing, transportation, utilites or loan payments or other regular Monthly expenses
     None

6.) Names of all Persons who are Dependent on me for support my relationship with each person and how much I contribute to their support.    N/A

7.) Any Dedts or finnancial (obligations)
     Court fees & Restitution

I declare under penalty of perjury that above Information Is true and understand that a false statement may result in a dismissal of my claims.

                                                          X James Brown
                                                          James Brown
Date: 2/1/22